## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | NO. 1:21-CR-0008 |
| v. : | (JUDGE          ) |
| DONTE CHRISTIAN, : | |
| Defendant. : | Filed under seal |

FILED
HARRISBURG, PA

FEB - 3 2021

PER __*MA*__
DEPUTY CLERK

### INDICTMENT

### COUNT 1
(False statement during purchase of firearm)

THE GRAND JURY CHARGES:

On or about April 6, 2018, in York County, within the Middle District of Pennsylvania, the defendant,

DONTE CHRISTIAN,

knowingly made a false statement and representation to Gun Bunker LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Gun Bunker LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, to the effect that his then-current state of residence and address were 204 Saint Charles

Way, York, Pennsylvania, whereas in truth and in fact, those were not his then-current state of residence and address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2
(False statement during purchase of firearm)

THE GRAND JURY FURTHER CHARGES:

On or about April 24, 2018, in York County, within the Middle District of Pennsylvania, the defendant,

DONTE CHRISTIAN,

knowingly made a false statement and representation to Freedom Armory, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Freedom Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, to the effect that his then-current state of residence and address were 204 Saint Charles Way, York, Pennsylvania, whereas in truth and in fact, those were not his then-current state of residence and address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3
(False statement during purchase of firearm)

THE GRAND JURY FURTHER CHARGES:

On or about September 29, 2018, in York County, within the Middle District of Pennsylvania, the defendant,

### DONTE CHRISTIAN,

knowingly made a false statement and representation to Gun Bunker LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Gun Bunker LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, to the effect that his then-current state of residence and address were 204 Saint Charles Way, York, Pennsylvania, whereas in truth and in fact, those were not his then-current state of residence and address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4
(False statement during purchase of firearm)

THE GRAND JURY FURTHER CHARGES:

On or about November 1, 2018, in York County, within the Middle District of Pennsylvania, the defendant,

DONTE CHRISTIAN,

knowingly made a false statement and representation to Gun Bunker LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Gun Bunker LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, to the effect that his then-current state of residence and address were 204 Saint Charles, York, Pennsylvania, whereas in truth and in fact, those were not his then-current state of residence and address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

Foreperson, Grand Jury

CARLO D. MARCHIOLI
ASSISTANT U.S. ATTORNEY

02/03/2021
DATE